```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Williams, Jr.,

                          Plaintiff,

      -against-

The City of New York et al.,

                          Defendants.

1:22-cv-10537 (JHR) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      IT IS HEREBY ORDERED that the Warden or other official in charge of the George R. Vierno Center produce plaintiff Alexander Williams, Jr., #1411801632, on Tuesday, April 18, 2023 at 11:00 a.m., to a suitable location within the George R. Vierno Center that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274. During the conference, the Court shall address the status of the case, as well as Plaintiff's pending motions.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact George R. Vierno Center to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479 and enter access code 6489745 with Plaintiff on the line.

**SO ORDERED.**

Dated:     New York, New York
                March 23, 2023

_____
STEWART D. AARON
United States Magistrate Judge