```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Williams, Jr.,

      Plaintiff,

-against-

City of New York et al.,

      Defendants.

1:22-cv-10537 (JHR) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

  The Letter Motion for an adjournment of the June 29, 2023 conference (ECF No. 53) is GRANTED. The conference is adjourned until July 13, 2023 at 10:00 a.m.

  It is hereby Ordered that the Warden or other official in charge of the George R. Vierno Center ("GRVC") produce plaintiff Alexander Williams, Jr., #1411801632 on Thursday, July 13, 2023 at 10:00 a.m., to a suitable location within the GRVC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274. During the conference, the Court shall address the status of the case, including the issues raised in the May 26, 2023 Letter Motion (ECF No. 46) filed by the appearing Defendants.

  Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the GRVC to arrange the call and determine the telephone number at which Plaintiff will be

reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479 and enter access code 6489745 with Plaintiff on the line.

**SO ORDERED.**

DATED:      New York, New York
            June 26, 2023

_____
STEWART D. AARON
United States Magistrate Judge

2