```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Williams, Jr.,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:22-cv-10537 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In view of Plaintiff's September 14, 2021 letter (filed on the docket on September 21, 2023) (*see* Pl.'s 9/21/23 Letter, ECF No. 67), in which he indicated that he has prepared his Third Amended Complaint and is no longer seeking to name certain individuals as defendants, it is hereby Ordered as follows:

1. The Law Department is relieved of its responsibility to identify any of the remaining defendants discussed in the Court's September 21, 2023 Order (Mem. End., ECF No. 65), each of whom is among the individuals Plaintiff no longer intends to name.

2. Plaintiff is encouraged to file his Third Amended Complaint as soon as practicable but, in any event, no later than the previously set deadline of January 15, 2024. (*See* 9/7/23 Mem. End., ECF No. 63.)

The Court is willing to schedule a settlement conference if requested by all parties.

**SO ORDERED.**

DATED:    New York, New York
               September 27, 2023

_____
STEWART D. AARON
United States Magistrate Judge