UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Williams, Jr.,

                Plaintiff,

    -against-

City of New York et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023

1:22-cv-10537 (JHR) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated December 16, 2022, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (ECF No. 4.) On October 27, 2023, Plaintiff filed a Third Amended Complaint ("TAC") in which he names numerous additional defendants. (TAC, ECF No. 75.)

**I.    Defendant Warden Jean Rene**

To allow Plaintiff to effect service on Defendant Warden Jean Rene through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form").[1] The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork—including the Third Amended Complaint (ECF No. 75)—for the Marshals Service to effect service of the entire pleading upon the Defendant Warden Jean Rene.

---

[1] Defendant Warden Jean Rene's address has been filed under seal at ECF No. 61.

II.     **Waiver of Service**

The Clerk of Court is directed to notify the DOC and the New York City Law Department of this Order. The Court requests that the following Defendants waive service of summons: Correction Officer Erica Gainous; Warden Antoinette Cort (Shield No. 73); Deputy Warden Ebonee Flemming (Shield No. 1075); Correction Officer Antonio Graves; Assistant Deputy Warden Idi Guity (Shield No. 165); Assistant Commissioner Christopher Miller; Assistant Commissioner Thomas Griffin; Captain Fluka; Warden Karen Collins, Deputy Warden Miller; Captain Bernard Mathis (Shield No. 82); Captain Lopez (Shield No. 462); Captain Phillips (Shield No. 12252); Correction Officer Anderson; Captain Rivera (Emergency Services Unit); Correction Officer Orellana; K-9 Officer Perpignan; Captain Rivera (Shield No. 1230); Captain Jimmy Gaun (or Guan) (Shield No. 367); Captain Palermo (Shield No. 1888); Correction Officer Rodriguez (Shield No. 9067); Correction Officer Woloski (Shield No. 5460); Correction Officer Bawa (Shield No. 1812); Correction Officer Marden (Shield No. 13770); Correction Officer Ho (Shield No. 17626); Captain Joseph; SRT Officer No. 77 Antoine Mitchell (Shield No. 2139); SRT Officer No. 65 Errol Jeffrey (Shield No. 14910); SRT Officer No. 135 Aleksandr Galuzevskiy (Shield No. 8957); SRT Officer No. 74 Murphy White (Shield No. 19508); SRT Officer No. 75 Paul White (Shield No. 15365); SRT Officer No. 88: Michael Zderko (Shield No. 8986); SRT Officer No. 108: Karven Alcindor (Shield No. 19417); SRT Officer No. 102: Clarence Curley (Shield No. 17954); SRT Officer No. 120: CO Andre Anderson (Shield No. 1324); SRT Officer No. 78: Alonso Morgan, Jr. (Shield No. 1051); SRT Officer No. 79: John Spence (Shield No. 14575); SRT Officer No. 80: Alonzo Bulter (Shield No.

7105); SRT Officer No. 111: Samantha Elizer (Shield No. 13534); SRT Officer No. 112: Anthony Esposito (Shield No. 2775); and Deputy Warden Denise Phillips (Shield No. 14).

**SO ORDERED.**

DATED:   New York, New York
         November 7, 2023

*[signature: Stewart D. Aaron]*

STEWART D. AARON
United States Magistrate Judge