```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexander Williams, Jr., <br><br> Plaintiff, <br><br> -against- <br><br> City of New York et al., <br><br> Defendants. | 1:22-cv-10537 (JHR) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that the Warden or other official in charge of Auburn Correctional Facility ("Auburn") produce plaintiff Alexander Williams, Jr., No. 23B3963, on Friday, December 15, 2023 at 10:00 a.m., to a suitable location within Auburn that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Judge Aaron's Chambers by calling (212) 805-0274. During the conference, the Court shall address the status of the case, including the City's November 28, 2023 Letter Motion (ECF No. 80).

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Auburn to arrange the call and determine the telephone number at which Plaintiff will be

reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479 and enter access code 6489745 with Plaintiff on the line.

**SO ORDERED.**

DATED:      New York, New York
            November 29, 2023

_____
STEWART D. AARON
United States Magistrate Judge

2