```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Williams, Jr.,

                      Plaintiff,

      -against-

City of New York et al.,

                      Defendants.

1:22-cv-10537 (JHR) (SDA)

ORDER

STEWART D. AARON, United States Magistrate Judge:

      It is hereby Ordered that the Clerk of Court is respectfully directed to mail a copy of the transcript at ECF No. 83 to the pro se plaintiff, Alexander Williams, Jr.

      SO ORDERED.

DATED:    New York, New York
             December 19, 2023

_____
STEWART D. AARON
United States Magistrate Judge