```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Williams, Jr.,

                        Plaintiff,

      -against-

City of New York et al.,

                        Defendants.

1:22-cv-10537 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Friday, February 2, 2024, Defendants shall respond to Plaintiff's Letter filed at ECF No. 90.

**SO ORDERED.**

DATED:     New York, New York
                  January 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge