UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Williams, Jr.,

                    Plaintiff,

-against-

City of New York et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2024

1:22-cv-10537 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Wednesday, February 28, 2024, counsel for the City of New York shall file a letter providing any update on the status of waiver of service of summons by the defendants listed in section II of the Court's November 7, 2023 Order of Service. (*See* 11/7/23 Order of Service, ECF No. 76.)

SO ORDERED.

Dated:    New York, New York
             February 14, 2024

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge