USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexander Williams, Jr., | |
| Plaintiff, | |
| -against- | 1:22-cv-10537 (JHR) (SDA) |
| City of New York et al., | ORDER OF SERVICE |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated December 16, 2022, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (ECF No. 4.) On October 27, 2023, Plaintiff filed a Third Amended Complaint ("TAC") naming additional defendants, including Christopher Miller, Thomas Griffin, Karen Collins, Lenin Orellana, and Kimberly Davis. (TAC, ECF No. 75.) On November 7, 2023, the Court entered an Order of Service requesting that the Department of Correction ("DOC") waive service for these defendants. (11/7/23 Order of Service, ECF No. 76.) On December 29, 2023, Plaintiff filed a Fourth Amended Complaint. (Fourth Am. Compl., ECF No. 87.) On February 26, 2024, waiver of service was returned unexecuted for these five defendants (*see* ECF No. 104) and on, February 28, 2024, counsel for the City of New York filed a letter indicating that DOC was unable to waive service since they are no longer DOC employees. (*See* 2/28/24 Letter, ECF No. 107.)

Accordingly, to allow Plaintiff to effect service on defendants Christopher Miller, Thomas Griffin, Karen Collins, Lenin Orellana, and Kimberly Davis through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-

285 form").[1] The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork—including the Fourth Amended Complaint (ECF No. 87)—for the Marshals Service to effect service of the entire pleading upon these defendants.

**SO ORDERED.**

Dated:   New York, New York
         March 14, 2024

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] The addresses for these defendants have been filed under seal at ECF No. 109.